JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. PAPPAS,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-2649-DSF (DTB)<br><br>**J U D G M E N T** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: 5/31/11

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES MAGISTRATE JUDGE